IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES *ex rel.* | ) | |
| VIRAN ROGER HOLDEN, individually, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 6:15-cv-03128-MDH |
| | ) | |
| | ) | |
| GREGORY NANNEY, M.D., STEVEN | ) | |
| BRAUN, M.D., MERCY HOSPITAL | ) | |
| SPRINGFIELD f/k/a ST. JOHN'S REGIONAL | ) | |
| HEALTH CENTER and MERCY CLINIC | ) | |
| SPRINGFIELD COMMUNITIES f/k/a ST. | ) | *IN CAMERA* |
| JOHN'S CLINIC, INC., | ) | AND UNDER SEAL |
| | ) | |
| Defendants. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Relator Viran Roger Holden, pursuant to Fed. R. Civ. P. 41(a)(1), hereby voluntarily dismisses this *qui tam* action with prejudice to the Relator and without prejudice to the United States, subject to the consent of the Court and the Attorney General as provided by 31 U.S.C. § 3730(b)(1).

Counsel for the United States has advised that the Attorney General will consent to the dismissal of this action with prejudice to Relator and without prejudice to the United States.

Wherefore, upon the filing of the Attorney General's notice of consent, Plaintiff requests the Court to order dismissal of this action with prejudice with respect to Relator and without prejudice with respect to the United States.

Respectfully Submitted,

PLACZEK WINGET & PLACZEK, LLC

By: /s/ Jenifer M. Placzek
JENIFER M. PLACZEK
Missouri Bar No. 57293
jplaczek@pwplawfirm.com
PAUL S. JAMESON
Missouri Bar No. 62979
4905 S. National Ave. Ste. A-112
Springfield, MO 65810
Phone: 417-883-4000
*Attorneys for Plaintiff-Relator*